IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEPHEN HAMILTON, | CV-15-110-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| MHNet, | |
| Defendant. | |

Defendant MHNet has filed a Motion for Leave to File Documents Under Seal. (Doc. 26). The Court finds MHNet has met the standard for sealing the documents referenced in the motion. Accordingly, IT IS ORDERED that Defendant's Motion (Doc. 26) is GRANTED. The following documents shall remain under seal until further order by the Court:

1. MHNet's Motion for Summary Judgment;

2. MHNet's Brief in Support of Motion for Summary Judgment;

3. MHNet's Statement of Undisputed Facts;

4. Foundational Affidavit of Robert J. Phillips, and the following exhibits:

-1-

    a. Individual Connected Care Comprehensive Health Policy;

    b. Administrative Services Agreement, March 26, 2013;

    c. Behavioral Services Agreement;

    d. Notification of Review Outcome to Stephen Hamilton, June 20, 2015;

    e. Notification of Review Outcome to Rocky Mountain Treatment Center, June 20, 2015;

    f. Standard Appeal letter to Jolyn Hamilton, September 24, 2015;

    g. Letter from Commissioner of Securities & Insurance to J. Hamilton, July 20, 2015.

  5. MHNet's Brief in Opposition to Plaintiff's Motion for Summary Judgment; and

  6. MHNet's Statement of Disputed Facts.

  DATED this 27th day of September, 2016.

_____
Brian Morris
United States District Court Judge