# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| STEPHEN HAMILTON, | |
|---|---|
| Plaintiff, | CV-15-110-GF-BMM |
| vs. | |
| MHNet, | **ORDER** |
| Defendant. | |

The Court conducted a hearing in this case on January 4, 2017. For the reasons discussed in open court,

IT IS ORDERED:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. 21) is DENIED.

2. Defendant's Motion for Summary Judgment (Doc. 27) is DENIED.

3. Defendant's Motion to Preclude Plaintiff's Identified Experts from Offering Testimony at Trial or, Alternatively, Limit Testimony to the Medical Records (Doc. 43) is DENIED without prejudice to renewal at trial, if appropriate.

DATED this 5th day of January, 2017.

Brian Morris
United States District Court Judge